UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

v.

MICKEY L. HOOTEN

**JUDGMENT IN A CRIMINAL CASE**
Short Form

Case No. 17-8225-JPO

X   **THE DEFENDANT** pleaded guilty to: 36 CFR 261.106 (Class B Misdemeanor)

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Count |
|---|---|---|
| 36 CFR 261.106 | Using a residence on Nation Forest System Lands | |

**No supervision required.**

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| Assessment | Fine | Due within |
|---|---|---|
| $ 10.00 | $ 00.00 | 11/20/17 |

**Total Amount Due:  $ 10.00**

Last Four Digits of Defendants's Soc. Sec. No.:
4194

Defendant's Year of Birth:
10/29/55

City and State of Defendant's Residence:
n/a

November 20, 2017
Date of Imposition of Judgment

s/ James P. O'Hara
Signature of Judge

James P. O'Hara, U.S. Magistrate Judge
Name and Title of Judge

November 20, 2017
Date